UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIKTOR BORISOVICH TAIROV,<br><br>                Petitioner,<br><br>    v.<br><br>PAMELA BONDI ET AL,<br><br>                Respondent. | Case No. C25-1558-RSM-MLP<br><br>ORDER GRANTING FEDERAL HABEAS PETITION AND DIRECTING PETITIONER'S RELEASE FROM DETENTION |

The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, the notice of no objections filed by the Government, Dkt. #14, and the remaining record, hereby FINDS and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Respondents' Motion to Dismiss (Dkt. # 8) is DENIED.

    (3)    Petitioner's Petition for Writ of Habeas Corpus (Dkt. # 1) is GRANTED. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision.

    (4)    The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable Michelle L. Peterson.

ORDER GRANTING FEDERAL HABEAS
PETITION AND DIRECTING
PETITIONER'S RELEASE FROM
DETENTION - 1

1 | Dated 10th day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING FEDERAL HABEAS
PETITION AND DIRECTING
PETITIONER'S RELEASE FROM
DETENTION - 2