## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIKTOR BORISOVICH TAIROV,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>PAMELA BONDI ET AL,<br><br>　　　　　　　　　Respondent. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C25-1558-RSM-MLP |

      \_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

The Report and Recommendation is adopted and approved. Respondents' motion to dismiss Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241 is denied, and Petitioner's petition is granted. Respondents shall immediately release Petitioner from detention on reasonable conditions of supervision.

Dated this 10th day of December, 2025.

　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/ *Tajma Eaton*
　　　　　　　　　　　　　　　　　　Deputy Clerk